Ronald J. Ellett (Bar No. 012697)
*ELLETT LAW OFFICES, P.C*
2999 North 44th Street, Suite 330
Phoenix, Arizona 85018

Attorney for Debtor

# In the United States Bankruptcy Court
# for the District of Arizona

| | |
|---|---|
| In Re: | Case No. 12-bk-24242-DPC |
| Strata Title, LLC | Notice of Lodging Proposed Form of Order |
| Debtors. | |

Strata Title, LLC, debtor-in-possession, hereby gives notice that they have lodged the attached form of Order Authorizing Employment of Peter Strojnik as Special Counsel.

Respectfully submitted this 16th day of March, 2013.

ELLETT LAW OFFICES, P.C.

/s/ Ronald J. Ellett
Ronald J. Ellett