Peter Strojnik, 6464
**STROJNIK, P.C.**
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: *Strojnik@aol.com*
Special Counsel for Plaintiff Strata Title

# IN THE UNITED STATES BANKRUPTCY COURT

# ARIZONA DISTRRICT

| | | |
|---|---|---|
| In Re: | ) | NO. 12-bk-24242-DPC |
| | ) | |
| Strata Title, LLC | ) | **Certificate of mailing** |
| | ) | |
| Debtor, | ) | |
| | ) | |

I certify that on May 10, 2013, I mailed a copy of the attached Notice of Filing Debtor's Counsel's First Application, by mail, to those listed on the attached master mailing list and as well as the Debtor's Counsel's First Application (without exhibits) to those listed on the attached master mailing list.

RESPECTFULLY SUBMITTED this 10th day of May, 2013.

**STROJNIK, P.C.**

/s/

_____
By: Peter Strojnik
Special Counsel for Plaintiff Strata Title LLC