Peter Strojnik, 6464
**STROJNIK, P.C.**
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: *Strojnik@aol.com*
Special Counsel for Plaintiff Strata Title

# IN THE UNITED STATES BANKRUPTCY COURT

## ARIZONA DISTRRICT

| | | |
|---|---|---|
| In Re: | ) | NO. 12-bk-24242-DPC |
| | ) | |
| Strata Title, LLC | ) | **Certificate of No Objection, Notice of Lodging Order, and Request for Entry of Order Allowing Attorney Fees** |
| | ) | |
| Debtor, | ) | |
| | ) | |

Peter Strojnik, special counsel for Debtor, certifies that the Special Counsel's First Fee and Costs Application has been appropriately noticed on May 10, 2013. To the best of Special Counsel's knowledge, no objection has been filed.

It is hereby requested that the Court enter the attached order.

RESPECTFULLY SUBMITTED this 2nd day of August, 2013.

                                                **STROJNIK, P.C.**

                                                /s/

                                                _____

                                                By: Peter Strojnik
                                                Special Counsel for Plaintiff Strata Title LLC