Peter Strojnik, 6464
**STROJNIK, P.C.**
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: *Strojnik@aol.com*
Special Counsel for Plaintiff Strata Title

# IN THE UNITED STATES BANKRUPTCY COURT
# ARIZONA DISTRRICT

| | |
|---|---|
| In Re: | ) NO. 12-bk-24242-DPC |
| | ) |
| Strata Title, LLC | ) **SPECIAL COUNSEL'S SECOND FEE** |
| | ) **APPLICATION** |
| Debtor, | ) |
| | ) |
| | ) |

Debtor's special counsel hereby files its Second Application for allowance of costs and fees. This Application is supported by the detailed Statement of Attorney's Fees appended hereto as Addendum A. Special counsel makes no claim for out of pocket costs since the filing of the First Fee Application.

Counsel respectfully represents:

**FACTUAL BACKGROUND OF ACTION INVOLVING SPECIAL COUNSEL**

1. On February 24, 2012, Plaintiff Strata Title, LLC ("Strata") and non-party Pure Country Estates, LLC ("Pure Country") entered into the operating agreement as equal members of Tempe Tower, LLC ("Tempe Tower"). Tempe Tower's purpose was to acquire and develop the property at 230 W Fifth Street in Tempe, Arizona

("Property"). Strata and Pure Country elected John Lupypciw ("Lupypciw") as the manager.

2. The purchase price was funded through a $1,365,000 loan from Defendant Milestone Tempe, LLC ("Milestone").

3. Milestone took a Deed of Trust against the Property. Exhibit 3. By the end of 2012, Tempe Tower owed Milestone approximately 1.45 million on a balloon note.

4. Tempe Tower did not make the baloon payment at the end of 2012.

5. On November 6, 2012, Strata filed a petition under Chapter 11 of Title 11, U.S.C., *In re Strata Title, LLC*, 2:12-bk-24242-DPC.

6. On December 28, 2012, Milestone recorded a Notice of Trustee's Sale.

7. On January 11, 2013, Pure Country made written demand that Lupypciw, as manager of Tempe Tower, "take all available actions to cure the Milestone Loan".

8. Pure Country further complained that the status of the Milestone loan "dangerously exposed the Company to liability and the possibility of losing the property".

9. In compliance with his obligations as manager and based on the written demand by Pure Country "to cure the Milestone Loan" and in order to avoid the foreclosure, Lupypciw arranged to pay off the Milestone Note through a refinance.

10. On January 18, 2013, Tempe Tower opened escrow with Security Title and entered into Terms and Conditions of Escrow – Refinance Transaction.

11. The Milestone Note and Deed of Trust were refinanced through a new laon from RLS Capital, Inc. ("RLS") on January 18, 2013.

12. On January 23, 2013, the refiance transaction closed.

13. RLS funded the refinance by depositing $1.7M with Security Title. In turn, Security Title distributed the refinance amount to, inter alia, Western in the amount of $1,461,191.94 to pay off the Milestone loan.

14. $1,461,191.94 represents the full payoff of the Milestone Note and Deed of Trust.

15. At close of escrow on January 23, 2013, Security Title issued to Western Regional Foreclosure a check in the amount of $1,461,191.94 along with a Deed of Full Release and Recoveyance releasing Milestone's Deed of Trust.

16. Also at close of escrow, Security Title disbursed $210,525.05 to Tempe Tower pursuant to the terms of the escrow.

17. Also at close of escrow, Security Title recorded a Deed of Trust in favor of RLS with the Maricopa County Recorder at 20130070874.

18. Post-closing, on information and belief, Pure Country complained to Security Title that the refinance transaction was not authorized. Pure Country inexplicably argued that despite its demand to Lupypciw to "take all available actions to cure the Milestone Loan", it had not given consent to cure the Milestone Loan by paying it off.

19. As a result, and in agreement with Pure Country, Security Title took the lead on Pure Country's claim and attempted to rescind the entire refinance transaction.

20. Western and Milestone agreed with Security Title to rescind the payoff of the Milestone Note and Deed of Trust and voluntarily agreed to pay to Security Title $1,461,191.94.

21. The rescission of the Milestone payoff was not authorized, consented to or approved by Tempe Tower of Strata Title.

22. RLS agreed to accept its loan proceeds back from Security Title and release its Deed of Trust.

23. Tempe Tower declined to rescind the transaction and kept the proceeds of the refinacing in the amount of $210,525.05.

24. Security Title paid RLS back the entire $1.7M refinance amount, some of it from its own coffers.

25. No one obtained a consent from Tempe Tower to rescind the refinance transaction, and Tempe Tower did not agree to rescind the refinance transaction.

26. No one obtained a consent from Strata to rescind the refinance transaction, and Strata did not agree to rescind the refinance transaction.

27. Milestone Tempe refused to mark the Deed of Trust paid and failed to cancel the Trustee's Sale, although it voluntarily rescheduled the trustee's sale to May 15, 2013.

28. On March 15, 2013, Strata, thorugh counsel, filed an action in the Maricopa County Superior Sourt seeking declaratory and injunctive relief.

## SERVICES PERFORMED
## and
## FEES INCURRED

1. Special Counsel investigated the facts relating to the Milestone payoff and concluded, after extensive legal and factual due diligence based on readily available information and reasonable inquiry, that a filing of the Complaint for declaratory judgment and injunctive relief was appropriate. In addition, special counsel concluded that an Application for the issuance of a Temporary Restraining Order would benefit Strata Title and, therefore, filed and serves such Application on the parties in interest. A hearing on Strata Title's Application was conducted on May 7, 2013. In preparation for the hearing, special counsel prepared and served subpoenas on Defendant Parties and third parties with knowledge. All subpoenas have been served, or process has been voluntarily accepted.

2. At the hearing on May 7, 2013, the Court indicated her initial inclination to enter the TRO; however, following Milestone's offer to reschedule the Notice of Trustee's Sale to a time after June 17, 2013, te Court rescheduled the TRO hearing for June 17, 2013, allowing the parties a full day of litigation.

3. Special counsel also filed a Motion for the Judgment on the pleadings. This matter was heard by the Honorable Katherine Cooper on Friday, August 2, 2013. Judge Cooper took the matter under advisement.

4. A detailed account of counsel's activities and the itemized statement for services rendered from April 30, 2013 to August 3, 2013 is appended hereto as Addendum A.

5. This Application seeks allowance of compensation for professional services rendered.

6. All services for which compensation is requested and all costs incurred were performed or incurred primarily for the benefit of the Debtor, Strata Title.

7. Peter Strojnik is the primary attorney whose hourly services are billed. Mr. Strojnik was admitted to the bar in 1980. The 9th Circuit has explained the intent of Congress in enacting 11 U.S.C. 330 is "...to compensate attorneys and other professionals serving in cases under title 11 at the same rate as the attorney or other professional would be compensated for performing comparable services other than in a case under title 11"*Manoa Finance Company, Inc. V. Klenske*, 853 F.2d 687,690 (9th Cir. 1988) citing 124 Cong. Rec. 33,994 (1978). Undersigned's standard hourly rate is $450.

8. 11 U.S.C. 330(a)(3)(E) mandates that the court should consider counsel's demonstrated skill and expertise. Applicant has been actively practicing civil litigation for 32 years. Applicant has practiced in the State of Arizona, the 9th Circuit Court of Appeals, various divisions of the US District Court, the US District Court for New Jersey and other courts under the auspices of *pro hac vice* applications.

9. Applicant holds no reserves for this litigation matter.

10. The total amount of attorney's fees earned between April 30, 2013 to August 3, 2013 to date is $13,837.50.

11. Applicant has received no payment and no promises for payment from any source for services rendered in any capacity whatsoever in connection with this case and there is no agreement or understanding between Applicant and any other person for the sharing of compensation to be received for services rendered in this case.

12. Applicant submits that the reasonable value of the services rendered by him, as special counsel for the Debtor, for this application is $13,837.50.

**WHEREFORE**, Applicant requests that a payment for fees of $13,837.50.

RESPECTFULLY SUBMITTED this 3rd day of August, 2013.

**STROJNIK, P.C.**

/s/
_____
By: Peter Strojnik
Special Counsel for Plaintiff Strata Title LLC

The original e-filed with the Court.

**2:12-bk-24242-DPC Notice will be electronically mailed to:**

RICHARD J. CUELLAR on behalf of U.S. Trustee U.S. TRUSTEE
connie.s.hoover@usdoj.gov

RONALD J. ELLETT on behalf of Debtor Strata Title, LLC

rjellett@ellettlaw.phxcoxmail.com, hsantilli@ellettlaw.com

RONALD J. ELLETT on behalf of Debtor Studio City Lofts, LLC
rjellett@ellettlaw.phxcoxmail.com, hsantilli@ellettlaw.com

RONALD J. ELLETT on behalf of Defendant Strata Title, LLC
rjellett@ellettlaw.phxcoxmail.com, hsantilli@ellettlaw.com

RONALD J. ELLETT on behalf of Interested Party Strata Title LLC
rjellett@ellettlaw.phxcoxmail.com, hsantilli@ellettlaw.com

RONALD J. ELLETT on behalf of Plaintiff Strata Title, LLC
rjellett@ellettlaw.phxcoxmail.com, hsantilli@ellettlaw.com

CRAIG SOLOMON GANZ on behalf of Interested Party PURE COUNTRY TOWER LLC
craig.ganz@gknet.com, rachel.milazzo@gknet.com

JENNIFER A. GIAIMO on behalf of U.S. Trustee U.S. TRUSTEE
Jennifer.A.Giaimo@usdoj.gov

GREGORY P. GILLIS on behalf of Interested Party MILESTONE TEMPE, LLC
ggillis@ngdlaw.com,
szink@ngdlaw.com;sharl@ngdlaw.com;nharrison@ngdlaw.com;jcook@ngdlaw.com

JANEL M. GLYNN on behalf of Interested Party PURE COUNTRY TOWER LLC
janel.glynn@gknet.com, angie.renteria@gknet.com;rachel.milazzo@gknet.com

SCOTT GRIFFITHS on behalf of Defendant Studio City Lofts, LLC
docket@gzlawoffice.com, sgriffiths@gzlawoffice.com

CHRISTOPHER R. KAUP on behalf of Interested Party Parkway Bank & Trust Co.
crk@tblaw.com, ramchugh@tblaw.com

CHRISTOPHER R. KAUP on behalf of Interested Party Parkway Bank & Trust Company
crk@tblaw.com, ramchugh@tblaw.com

KEITH M. KNOWLTON on behalf of Petitioning Creditor Continental Group LLC
keithknowlton@msn.com

DANIEL R LORD on behalf of 3rd Pty Defendant Beer & Toone, P.C.
dlord@beer-toone.com

DANIEL R LORD on behalf of 3rd Pty Defendant Daniel Robert Lord
dlord@beer-toone.com

DANIEL R LORD on behalf of Defendant Jane Doe Hatkoff
dlord@beer-toone.com

DANIEL R LORD on behalf of Defendant Reed Hatkoff
dlord@beer-toone.com

DANIEL R LORD on behalf of Plaintiff Aries Holdings, LLC
dlord@beer-toone.com

K. LAYNE MORRILL on behalf of Defendant Morril & Aronson, P.L.C.
lmorrill@maazlaw.com

K. LAYNE MORRILL on behalf of Defendant SAM III L.L.C.
lmorrill@maazlaw.com

K. LAYNE MORRILL on behalf of Defendant SAM REI, L.L.C.
lmorrill@maazlaw.com

K. LAYNE MORRILL on behalf of Defendant Layne Morrill
lmorrill@maazlaw.com

K. LAYNE MORRILL on behalf of Interested Party SAM REI, LLC
lmorrill@maazlaw.com

ADAM 1 NACH on behalf of Interested Party Tempe Tower, LLC
adam.nach@azbar.org, adam.nach@azbar.org;tturner@lane-nach.com;lnbkcourt@yahoo.com;sheila.rochin@lane-nach.com

ADAM B. NACH on behalf of Interested Party Tempe Tower, LLC
adam.nach@azbar.org;lnbkcourt@yahoo.com

ADAM B. NACH on behalf of Plaintiff Tempe Tower, LLC
adam.nach@azbar.org;lnbkcourt@yahoo.com

| | |
|---|---|
| 1 | K. SCOTT REYNOLDS on behalf of Debtor Strata Title, LLC |
| 2 | reynolds@reynoldslawpc.com |

WARREN J. STAPLETON on behalf of 3rd Pty Defendant The Elaine Kirsch Revocable Trust
wstapleton@omlaw.com, pnieto@omlaw.com

WARREN J. STAPLETON on behalf of Creditor Elaine Kirsch Revocable Trust
wstapleton@omlaw.com, pnieto@omlaw.com

WARREN J. STAPLETON on behalf of Creditor The Elaine Kirsch Revocable Trust
wstapleton@omlaw.com, pnieto@omlaw.com

WARREN J. STAPLETON on behalf of Defendant The Elaine Kirsch Revocable Trust
wstapleton@omlaw.com, pnieto@omlaw.com

PETER STROJNIK on behalf of Debtor Strata Title, LLC
ps@strojnik.com, ts@strojnik.com

PETER STROJNIK on behalf of Defendant Continental Group, LLC
ps@strojnik.com, ts@strojnik.com

PETER STROJNIK on behalf of Defendant Strata Title, LLC
ps@strojnik.com, ts@strojnik.com

PETER STROJNIK on behalf of Defendant John Lupypciw
ps@strojnik.com, ts@strojnik.com

SCOTT H. ZWILLINGER on behalf of Debtor Studio City Lofts, LLC
docket@gzlawoffice.com, szwillinger@gzlawoffice.com

SCOTT H. ZWILLINGER on behalf of Defendant Studio City Lofts, LLC
docket@gzlawoffice.com, szwillinger@gzlawoffice.com

/s/

# ADDENDUM A
# REASONABLE ATTORNEY'S FEE

| DATE | DESCRIPTION OF SERVICES | TIME |
|---|---|---|
| 2013-05-11 | Review 2013-05-07 ME | 0.10 |
| 2013-05-11 | Review 2013-05-09 ME | 0.10 |
| 2013-05-13 | Preparation, review and submission of Motion to Amend. (1.00) | 1.00 |
| 2013-05-13 | Preparation, review and submission of 1st Amended Complaint (1.50) | 1.50 |
| 2013-05-14 | Conference with Nathaniel Rose: he wants to have a hearing before Judge Rea on Thursday and resolve the Security Title discovery issues. I am leaving town on Friday and Thursday is very busy for me, so I cannot get ready to do it on Thursday. We can do it when I get back. (0.25) | 0.25 |
| 2013-05-14 | Review Milestone's Response to Subpoena and a foot of documents produced. (1.25) | 1.25 |
| 2013-05-16 | Exchange e-mails with Walter Ulrich re service of process. (0.25) | 0.25 |
| 2013-05-28 | Review Security Title's Response to Motion for Contempt with exhibits; review legal analysis. (1.00) | 1.00 |
| 2013-06-03 | Review Hindbo's Response to Motion for Contempt. (0.50) | 0.50 |
| 2013-06-03 | Preparation, review and submission of Response in Objection to Second Motion to Extend Time to Respond to MJP. (1.25) | 1.25 |
| 2013-06-10 | Preparation, review and submission of e-mail to Greg Gillis re: continued representation of Strata. (0.25) | 0.25 |
| 2013-06-10 | Conference with John re: Milestone. Very disappointed in decision of judge (Doc 158). Ron told him that he would appeal. All matters are related. (0.25) | 0.25 |
| 2013-06-10 | Leave message for Ron to call back – is he going to appeal? Call cell – leave message. (0.00) | 0.00 |
| 2013-06-11 | Preparation, review and submission of Reply to Response to Motion for Contempt and Response To Cross Motion For Sanctions. (3.00) | 3.00 |
| 2013-06-11 | Review Notice of Filing Judge Collins' ruling. (0.10) | 0.10 |
| 2013-06-11 | Preparation, review and submission of e-mail to Ellett and Lupypciw re ▇▇▇▇▇▇▇. (0.10) | 0.10 |
| 2013-06-14 | Conference with John re FED and Milestone. Confirm dates and times. Explain the proceedings. (0.10) | 0.10 |
| 2013-06-14 | Preparation for and attendance at telephonic status conference. <br><br> 1. Milestone is cancelling the Lupypciw Guarantee. This will be filed ASAP. I will file a Notice of Withdrawal. <br> 2. Extended Brief in Response to Motion for Judgment on the Pleadings addressing BK appeal issue on June 25, 2013. <br> 3. Reply on Brief on Motion for Judgment on the pleadings July 9. <br> 4. Extended Oral Argument on August 2. | 1.00 |

| | | |
|---|---|---|
| | 5. Decision within 2 weeks.<br>6. Judge "strongly" suggests that Milestone voluntarily extend the trustee's sale until after decision. Gillis will get back to her. Unless voluntary, she will order it. | |
| 2013-06-14 | Preparation, review and submission of e-mail to Ron and John re ▉. Reschedule meeting with John. (0.10) | 0.10 |
| 2013-06-27 | Review Notice of Appeal (Doc 169) with attachments. (0.10) | 0.10 |
| 2013-06-27 | Review Notice of Referral to 9th Circuit BAP (Doc 170) (0.10) | 0.10 |
| 2013-07-06 | Review amended response to Motion for Judgment on the Pleadings and the Cross Motion for Summary Judgment and the cases and authorities cited therein, along with SOF in support. (2.35) | 2.35 |
| 2013-07-07 | Preparation, review and submission of Reply re Amended Response to Motion for Judgment on the Pleadings and Response to Motion for SJ (7.50) | 7.50 |
| 2013-07-11 | Review e-mail with 2013-07-10 letter attached. (0.10) | 0.10 |
| 2013-07-11 | Preparation, review and submission of e-mail letter to Gillis. (1.50) | 1.50 |
| 2013-07-27 | Meeting with Ellett, Lupypciw, Kitter at Ellett's offices regarding ▉▉▉. (2.00) | 2.00 |
| 2013-07-29 | Review Milestone Tempe LLC's Reply to Strata's Response to the Cross-Motion for Summary Judgment. (0.50) | 0.50 |
| 2013-07-29 | Review Milestone Tempe LLC's Supplemental Response to Strata's Motion to Amend the Complaint. (0.25) | 0.25 |
| 2013-08-02 | Preparation for hearing on MJP. Review all filings and positions. Attendance at hearing. Presentation of oral argument. (4.25) | 4.25 |
| | **ATTORNEY TIME TOTAL** | **30.75** |
| | **REASONABLE ATTORNEY'S FEE** | **$13,837.50** |