Peter Strojnik, 6464
**STROJNIK, P.C.**
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: *Strojnik@aol.com*
Special Counsel for Plaintiff Strata Title

### IN THE UNITED STATES BANKRUPTCY COURT

### ARIZONA DISTRRICT

| | |
|---|---|
| In Re: ) | NO. 12-bk-24242-DPC |
| ) | |
| Strata Title, LLC ) | **ADMINISTRATIVE CLAIMAN STROJNIK'S JOINDER TO STRATA TITLE'S RESPONSE TO THE RECEIVER'S MOTION FOR CLARIFICATION** |
| ) | |
| Debtor, ) | |
| ) | |
| ) | |

Peter Strojnik, administrative claimant in the above cause, hereby respectfully joins in Strata Title's Response to the Receiver's Motion for Clarification (Doc 280) and incorporates same herein as if fully restated.

RESPECTFULLY SUBMITTED this 13TH day of December, 2013.

              **STROJNIK, P.C.**

              /s/
              _____
              By: Peter Strojnik
              Special Counsel for Plaintiff Strata Title LLC

The original e-filed with the Court and distributed to interested parties though the PACER system.