Peter Strojnik, 6464
**STROJNIK, P.C.**
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: *Strojnik@aol.com*
Special Counsel for Plaintiff Strata Title

# IN THE UNITED STATES BANKRUPTCY COURT

## ARIZONA DISTRRICT

| | |
|---|---|
| In Re: | ) NO. 12-bk-24242-DPC |
| Strata Title, LLC | ) **NOTICE OF CONSENT OF COUNSEL** |
| | ) **TO APPEAR AND TESTIFY ON 2ND DAY** |
| Debtor, | ) **OF TRIAL** |

1. Undersigned has spoken with Mr. Ellett and received an e-mail from Mr. Morrill both of whom have consented to relieve me from the subpoena to appear for trial on Monday, January 27, 2014 and instead appear on the second day of trial (which has not yet been calendared).

2. This agreement moots my earlier Notice of Inability to Comply with Trial Subpoena (Doc 313).

3. The parties' and the Court's courtesy in this matter is greatly appreciated!

RESPECTFULLY SUBMITTED this 24TH day of January, 2014.

**STROJNIK, P.C.**

/s/

_____
By: Peter Strojnik
Special Counsel for Plaintiff Strata Title LLC

The original e-filed with the Court and distributed to interested parties though the PACER system.