# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

*Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | STRATA TITLE, LLC |
| **Case Number:** | 2:12-BK-24242-DPC    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 11, 2014 11:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARGARET KELLY |

*Matters:*

1) ORDER TO SHOW CAUSE TO RON ELLETT
   R / M #:   511 / 0

2) ORDER TO SHOW CAUSE TO PETER STROJNICK
   R / M #:   512 / 0

*Appearances:*

RONALD J. ELLETT, ATTORNEY FOR STRATA TITLE, LLC
LAYNE MORRILL, ATTORNEY FOR SAM PARTIES
PETER STROJNICK, ATTORNEY FOR STROJNIK, PC
JENNIFER GIAIMO, ATTORNEY FOR U.S. TRUSTEE
CHRISTOPHER KAUP, ATTORNEY FOR ELLETT LAW OFFICES, PC

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)... 2:12-BK-24242-DPC     THURSDAY, DECEMBER 11, 2014 11:00 AM

## Proceedings:

(1) ORDER TO SHOW CAUSE TO RON ELLETT

(2) ORDER TO SHOW CAUSE TO PETER STROJNIK

Mr. Morrill advises the SAM Parties believe an evidentiary hearing is appropriate. He advises counsel have been in settlement discussions relating to the claims. At this time he requests the Court set a status hearing 30 days out to document the frame work. Mr. Layne advises counsel is also discussing the extent to which they can agree to stipulated facts relating to the two Orders to Show Cause.

Mr. Strojnik places his position on the record.

Mr. Kaup advises parties have been participating in settlement discussions and he requests a status hearing be set.

COURT: IT IS ORDERED SETTING A STATUS HEARING ON JANUARY 15, 2015, AT 2:30 P.M.