# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | STRATA TITLE, LLC | | |
| **Case Number:** | 2:12-BK-24242-DPC | **Chapter:** | 7 |
| **Date / Time / Room:** | THURSDAY, JANUARY 15, 2015 02:30 PM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | DANIEL P. COLLINS | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | KAYLA COLASONT | | |

### Matters:

1) CONTINUED HEARING ON ORDER TO SHOW CAUSE TO RON ELLETT
   R / M #:   511 / 0

2) CONTINUED HEARING ON ORDER TO SHOW CAUSE TO PETER STROJNICK
   R / M #:   512 / 0

### Appearances:

RONALD J. ELLETT, ATTORNEY FOR STRATA TITLE, LLC
LAYNE MORRILL, ATTORNEY FOR SAM PARTIES
JENNIFER GIAIMO, ATTORNEY FOR U.S. TRUSTEE
PETER STROJNICK

### Proceedings:

(1)  CONTINUED HEARING ON ORDER TO SHOW CAUSE TO RON ELLETT

(2)  CONTINUED HEARING ON ORDER TO SHOW CAUSE TO PETER STROJNICK

Counsel advises parties have entered into a settlement that provides for the withdrawal of the objection to the SAM Parties administrative claim.  Mr. Ellett advises this is not a settlement of the estate's claim and 9019 Motion is not needed.

COURT:  THE COURT WILL SIGN THE THREE ORDERS FOR ALLOWANCE OF ADMINISTRATIVE CLAIMS WHEN SUBMITTED.