# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:                                        §        Case No. 2:12-BK-24242-DPC
                                              §
STRATA TITLE, LLC                             §
                                              §
                                              §
                  Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
## CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

 Dina L. Anderson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

 1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

 2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $150,100.00 | Assets Exempt: | NA |
| Total Distributions to<br>Claimants: | $0.00 | Claims Discharged<br>Without Payment: | NA |
| Total Expenses of<br>Administration: | $249,065.06 | | |

 3) Total gross receipts of $249,065.06 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $249,065.06 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,100,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $81,435.73 | $81,435.73 | $81,435.73 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $940,093.10 | $775,083.10 | $167,629.33 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $20,000.00 | $22,753.00 | $22,753.00 | $0.00 |
| **Total Disbursements** | $1,120,000.00 | $1,044,281.83 | $879,271.83 | $249,065.06 |

4). This case was originally filed under chapter 11 on 11/06/2012. The case was converted to one under Chapter 7 on 01/29/2014. The case was pending for 36 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/06/2017          By:     /s/ Dina L. Anderson
                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| All right, title, and interest of the Debtor in and to Tempe Tower LLC including but not limited to its interest as a me | 1129-000 | $5,000.00 |
| MEMBERSHIP INTEREST IN SANTERRA APTS LLC (BASED ON SALE AT $4.2 MILLION) 3434 E MCDOWELL RD PHOENIX, AZ | 1129-000 | $25,000.00 |
| MEMBERSHIP INTEREST IN STUDIO CITY LOFTS, LLC. STUDIO CITY LOFTS IS BEING LIQUIDATED. (THIS FIGURE IS AFTER 86K OF CREDI | 1129-000 | $1,000.00 |
| Excess proceeds from sale of real property located at 2005 N. 103rd Ave., Avondale, AZ | 1210-000 | $208,065.06 |
| Settlement with SAM Parties | 1249-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | $249,065.06 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | THE ELAINE KIRSCH REVOCABLE | 4110-000 | $1,100,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,100,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dina L. Anderson, Trustee | 2100-000 | NA | $15,703.25 | $15,703.25 | $15,703.25 |
| Dina L. Anderson, Trustee | 2200-000 | NA | $308.32 | $308.32 | $308.32 |
| Integrity Bank | 2600-000 | NA | $6,481.23 | $6,481.23 | $6,481.23 |
| U.S. TRUSTEE | 2950-000 | NA | $975.00 | $975.00 | $975.00 |
| Guttilla Murphy Anderson, P.C., Attorney for Trustee | 3110-000 | NA | $53,212.50 | $53,212.50 | $53,212.50 |
| Guttilla Murphy Anderson, P.C., Attorney for Trustee | 3120-000 | NA | $2,362.93 | $2,362.93 | $2,362.93 |

| | | | | | |
|---|---|---|---|---|---|
| Semple, Marchal & Cooper, LLP, Accountant for Trustee | 3410-000 | NA | $2,392.50 | $2,392.50 | $2,392.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $81,435.73 | $81,435.73 | $81,435.73 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ellett Law Offices, P.C., Attorney for Trustee/D-I-P | 6210-000 | NA | $223,415.60 | $111,707.80 | $24,159.35 |
| Strojnik, P.C. | 6210-000 | NA | $56,677.50 | $0.00 | $0.00 |
| SAM REI, LLC and SAM III, LLC, Other Prior Chapter Administrative | 6990-000 | NA | $660,000.00 | $663,375.30 | $143,469.98 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $940,093.10 | $775,083.10 | $167,629.33 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Pure Country Tower, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | Milestone Tempe, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | Continental Group, LLC | 7100-000 | $0.00 | $22,753.00 | $22,753.00 | $0.00 |
| | DON NEWMAN | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| | PETER STROJNIK | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $20,000.00 | $22,753.00 | $22,753.00 | $0.00 |

| Case No.: | 12-24242-DPC | | | | Trustee Name: | Dina L. Anderson |
| Case Name: | STRATA TITLE, LLC | | | | Date Filed (f) or Converted (c): | 01/29/2014 (c) |
| For the Period Ending: | 1/4/2017 | | | | §341(a) Meeting Date: | 03/04/2014 |
| | | | | | Claims Bar Date: | 06/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  MEMBERSHIP INTEREST IN SANTERRA APTS LLC (BASED ON SALE AT $4.2 MILLION) 3434 E MCDOWELL RD PHOENIX, AZ | $30,000.00 | $25,000.00 | | $25,000.00 | FA |
| 2  MEMBERSHIP INTEREST IN STUDIO CITY LOFTS, LLC. STUDIO CITY LOFTS IS BEING LIQUIDATED. (THIS FIGURE IS AFTER 86K OF CREDITORS CLAIMS) | $122,000.00 | $1,000.00 | | $1,000.00 | FA |
| 3  LOSS OF MEMBERSHIP INTEREST IN TEMPE TOWERS, LLC. | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** See Asset No. 7 | | | | | |
| 4  INDEMNITY CLAIMS FOR FEES CAUSED BY SAM PARTIES VARIOUS FILINGS IN BANKRUPTCY CASE 12-BK-24242-DPC. THESE CLAIMS ARE INCREASING. (ESTIMATED TO DATE). | $150,000.00 | $150,000.00 | | $0.00 | FA |
| 5  (POSSIBLE POTENTIAL CLAIM AGAINST SANTERRA RECEVIER FOR FAILURE TO DEFEND AGAINST $200,000 FEE AWARD IN AAA ARBITRATION) | Unknown | $0.00 | | $0.00 | FA |
| 6  Excess proceeds from sale of real property located at 2005 N. 103rd Ave., Avondale, AZ   **(u)** | $208,065.06 | $208,065.06 | | $208,065.06 | FA |
| **Asset Notes:** ASSERTED AND DISPUTED LIENS AGAINST THESE PROCEEDS BY LAND ADVISORS AND RONALD ELLETT ATTACH PENDING COURT ORDER OR RESOLUTION | | | | | |
| 7  All right, title, and interest of the Debtor in and to Tempe Tower LLC including but not limited to its interest as a member in capital, profits, distributions, voting, management (including the right to become a substitute member), and all rights of indemnification under the operating agreement and Arizona law.   **(u)** | $5,000.00 | $5,000.00 | | $5,000.00 | FA |
| 8  Settlement with SAM Parties | $10,000.00 | $10,000.00 | | $10,000.00 | FA |

| Case No.: | 12-24242-DPC | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | STRATA TITLE, LLC | Date Filed (f) or Converted (c): | 01/29/2014 (c) |
| For the Period Ending: | 1/4/2017 | §341(a) Meeting Date: | 03/04/2014 |
| | | Claims Bar Date: | 06/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 9      Bank of America account | $100.00 | $100.00 | | $0.00 | FA |
| **Asset Notes:**     Added per Amended Sched. B 12/10/12 (DE 19) | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | **$525,165.06** | **$399,165.06** | | **$249,065.06** | **$0.00** |

**Major Activities affecting case closing:**
01/06/2017      TDR submitted to USTO on 01/06/17

| Initial Projected Date Of Final Report (TFR): | 09/04/2015 | Current Projected Date Of Final Report (TFR): | 09/30/2015 | /s/ DINA L. ANDERSON |
|---|---|---|---|---|
| | | | | DINA L. ANDERSON |

# FORM 2

Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 12-24242-DPC | **Trustee Name:** Dina L. Anderson |
| **Case Name:** | STRATA TITLE, LLC | **Bank Name:** Integrity Bank |
| **Primary Taxpayer ID #:** | **-***3071 | **Checking Acct #:** ******4242 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 11/6/2012 | **Blanket bond (per case limit):** $29,161,778.00 |
| **For Period Ending:** | 1/4/2017 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/07/2014 | (6) | Chicago Title Agency, Inc. | Excess proceeds from sale of real property | 1210-000 | $208,065.06 | | $208,065.06 |
| 03/13/2014 | (7) | Kathleen S Martori or Stephen A Martori | Tempe Tower, LLC | 1129-000 | $5,000.00 | | $213,065.06 |
| 03/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $221.46 | $212,843.60 |
| 04/14/2014 | | Kathleen S Martori or Stephen A Martori | Membership interest in Santerra Apartments, LLC; Settlement with SAM Parties (Wire transfer rec'd 04/10/14) | * | $35,000.00 | | $247,843.60 |
| | {1} | | Santerra Apartments, LLC $25,000.00 | 1129-000 | | | $247,843.60 |
| | {8} | | Settlement with SAM Parties $10,000.00 | 1249-000 | | | $247,843.60 |
| 04/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $370.47 | $247,473.13 |
| 05/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $399.16 | $247,073.97 |
| 06/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $385.66 | $246,688.31 |
| 07/30/2014 | (2) | Reed A Hatkoff | Interest in Studio City Lofts, LLC | 1129-000 | $1,000.00 | | $247,688.31 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $397.95 | $247,290.36 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $398.87 | $246,891.49 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $385.37 | $246,506.12 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $397.60 | $246,108.52 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $384.15 | $245,724.37 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $396.34 | $245,328.03 |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $395.70 | $244,932.33 |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $356.83 | $244,575.50 |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $394.49 | $244,181.01 |
| 04/29/2015 | 1001 | Guttilla Murphy Anderson, P.C. | Attorney fees per Order signed 04/25/15 | 3110-000 | | $50,655.00 | $193,526.01 |
| 04/29/2015 | 1002 | Guttilla Murphy Anderson, P.C. | Attorney expenses per Order signed 04/25/15 | 3120-000 | | $2,262.68 | $191,263.33 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $381.14 | $190,882.19 |
| 05/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $307.88 | $190,574.31 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $297.46 | $190,276.85 |
| 07/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $297.00 | $189,979.85 |
| 08/07/2015 | 1003 | Semple, Marchal & Cooper, LLP | Accountant fees per Order signed 08/05/15 | 3410-000 | | $2,392.50 | $187,587.35 |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $313.70 | $187,273.65 |
| 12/08/2016 | 1004 | Dina L. Anderson | Trustee Expenses | 2200-000 | | $308.32 | $186,965.33 |
| 12/08/2016 | 1005 | Guttilla Murphy Anderson, P.C. | Claim #: ; Distribution Dividend: 100.00%; Account Number: ; | 3120-000 | | $100.25 | $186,865.08 |
| 12/08/2016 | 1006 | Dina L. Anderson | Trustee Compensation | 2100-000 | | $15,703.25 | $171,161.83 |
| 12/08/2016 | 1007 | Guttilla Murphy Anderson, P.C. | Claim #: ; Distribution Dividend: 100.00%; Account Number: ; | 3110-000 | | $2,557.50 | $168,604.33 |
| 12/08/2016 | 1008 | U.S. TRUSTEE | Claim #: 5; Distribution Dividend: 100.00%; Account Number: 4242; | 2950-000 | | $975.00 | $167,629.33 |
| | | | **SUBTOTALS** | | $249,065.06 | $81,435.73 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 12-24242-DPC | |
| **Case Name:** | STRATA TITLE, LLC | |
| **Primary Taxpayer ID #:** | **-***3071 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/6/2012 | |
| **For Period Ending:** | 1/4/2017 | |

| | |
|---|---|
| **Trustee Name:** | Dina L. Anderson |
| **Bank Name:** | Integrity Bank |
| **Checking Acct #:** | ******4242 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $29,161,778.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 12/08/2016 | 1009 | Ellett Law Offices, P.C. | Claim #: ; Distribution Dividend: 21.63%; Account Number: ; | 6210-000 | | $24,159.35 | $143,469.98 |
| 12/08/2016 | 1010 | SAM REI, LLC and SAM III, LLC | Claim #: 4; Distribution Dividend: 21.63%; Account Number: ; | 6990-000 | | $143,469.98 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $249,065.06 | $249,065.06 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $249,065.06 | $249,065.06 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $249,065.06 | $249,065.06 | |

**For the period of 11/6/2012 to 1/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $249,065.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $249,065.06 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $249,065.06 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $249,065.06 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/07/2014 to 1/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $249,065.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $249,065.06 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $249,065.06 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $249,065.06 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 12-24242-DPC | |
| **Case Name:** | STRATA TITLE, LLC | |
| **Primary Taxpayer ID #:** | **-***3071 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/6/2012 | |
| **For Period Ending:** | 1/4/2017 | |

| | |
|---|---|
| **Trustee Name:** | Dina L. Anderson |
| **Bank Name:** | Integrity Bank |
| **Checking Acct #:** | ******4242 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $29,161,778.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $249,065.06 | $249,065.06 | $0.00 |

**For the period of 11/6/2012 to 1/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $249,065.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $249,065.06 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $249,065.06 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $249,065.06 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/29/2014 to 1/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $249,065.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $249,065.06 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $249,065.06 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $249,065.06 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DINA L. ANDERSON

DINA L. ANDERSON